NEW ROCHELLE WATER COMPANY, Respondent, *v.* CHARLES H. POND, Appellant.

*New Rochelle Water Co.* v. *Pond,* 163 App. Div. 873, affirmed. (Argued March 8, 1916; decided March 24, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered April 15, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term which adjudged that the defendant is under a contract obligation with the plaintiff to abide by the rules and regulations adopted by the plaintiff in the conduct of its business, requiring the installation of a meter for the purpose of determining the quantity of water used, and of checking waste, and permanently enjoining the defendant from in any manner interfering with the installation and maintenance of such meter, and from refusing to permit access to the premises.

*Henry G. K. Heath* for appellant.

*John J. Crennan* and *Edwin T. Rice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.